IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

MAY 0 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-05-211-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| DAVID OWEN ZARUCCHI, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on April 30, 2007 to 3 months at Westcare, followed by supervised release.

IT IS HEREBY ORDERED that the defendant shall be released to Westcare as soon as possible. A certified Judgment and Commitment order to follow.

DATED: 5-2-07

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1