

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DAVID OWEN ZARUCCHI, ) <br> ) <br> Defendant. ) | No. CR-05-211-AWI <br><br> ORDER OF RELEASE |

   The above named defendant having been sentenced on April 30, 2007 to Supervised Release,

   IT IS HEREBY ORDERED that the defendant shall be released forthwith, and is to report to his probation officer within 24 hours following his release.  A certified Judgment and Commitment order to follow.

DATED: 5-3-07

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1