Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | David Owen Zarucchi |
| **Docket Number:** | 1:05CR00211-01 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | November 28, 2005 |
| **Original Offense:** | Count 1: 18 USC 641, Theft of Government Property (CLASS C FELONY)<br>Counts 7-11: 42 USC 1383(a)(a)(2), False Statement for Using in Determining Supplemental Social Security Benefits (CLASS D FELONIES) |
| **Original Sentence:** | 18 months custody of Bureau of Prisons; 36 months supervised release; $100 special assessment; $32,088.19 restitution; mandatory testing. |
| **Special Conditions:** | 1) Warrantless search and seizure; 2) Not dispose or dissipate assets until fine is paid; 3) Financial disclosure; 4) Not incur new credit charges or open new lines of credit; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; 7) Mental health treatment; 8) Co-payment plan; 9) DNA collection. |

**Other Court Action:**

**10/11/2006:** Probation Form 12B filed with the Court approving modification for residential placement in the Comprehensive Sanction Center (CSC) for a period up to 6 months. This modification was to provide the releasee with additional time to develop a suitable release plan.

**02/13/2007:** Probation Form 12A submitted to Court, no adverse action recommended based on methamphetamine use.

**RE:**   **Zarucchi, David Owen**
   **Docket Number:  1:05CR00211-01AWI**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **03/06/2007:** | Probation Form 12B filed with the Court approving modification for residential placement in the Comprehensive Sanction Center (CSC) for a period up to 120 days. This modification was to address releasee's continued drug use. |
| **03/06/2007:** | Probation Form 12C, Petition for Warrant filed with the Court alleging the releasee violated the terms of supervised release. |
| **03/28/2007:** | Releasee arrested by U.S. Marshals. |
| **04/04/2007:** | The releasee admitted to the violations filed in the Probation Form 12C. |
| **04/30/2007:** | **Dispositional Hearing:** Supervised release modified and continued; 24 months term of supervised release. Conditions modified to include placement at WestCare Residential Treatment Center for a period of 3 months, placement at CSC up to 90 days, and an alcohol restriction. All previous orders to remain in full force and effect. |
| **05/29/2007:** | Probation Form 12C, Petition for Warrant filed with the Court alleging the releasee violated the terms of supervised release. |
| **06/11/2007:** | Releasee arrested by U.S. Marshals. Releasee appeared in Court and admitted to violations filed in the Probation Form 12C. Dispositional hearing scheduled for July 9, 2007. |
| **07/09/2007:** | **Dispositional Hearing:** Supervised release revoked, 8 months Bureau of Prisons, 16 months term of supervised release. Special conditions to include WestCare Residential Treatment Center for a period of 90 days. All previous orders to remain in full force and effect. |

---

| | | | |
|---|---|---|---|
| **Type of Supervision:** | Supervised release | | |
| **Supervision Commenced:** | January 3, 2008 (projected release date) | | |
| **Assistant U.S. Attorney:** | Sheila K. Oberto | **Telephone:** | 559-497-4000 |
| **Defense Attorney:** | Mark Lizarraga | **Telephone:** | 559-487-5561 |

RE:    Zarucchi, David Owen
       Docket Number:  1:05CR00211-01AWI
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside for a period of up to 30 days, to commence upon his release from the BOP as directed by the U.S. Probation Officer, in the Community Sanctions Center in the Eastern District of California, and shall observe the rules of that facility.

**Justification:** On July 9, 2007, the offender was sentenced to the Bureau of Prisons for a term of eight months for violating his conditions of supervised release. He is currently housed at the Turning Point Comprehensive Center in Fresno and is scheduled to release on January 3, 2008. Following his release, the offender has been ordered to reside and participate in the WestCare Residential Drug Rehabilitation Program for a term of three months. According to WestCare, there is no bed space available at this time, and an opening to accommodate the offender will be available in the next two weeks. The offender has expressed that he has no where to reside pending his placement to WestCare and is requesting to remain at Turning Point until bed space is available. The offender is in agreement with this plan and has signed a Waiver of Hearing to Modify Conditions of Supervised Release. This form is attached for the Court's review.

Respectfully submitted,

/s/ Marlene DeOrian

**Marlene DeOrian**
**United States Probation Officer**
Telephone: 559-499-5729

RE:     Zarucchi, David Owen
        Docket Number:  1:05CR00211-01AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**DATED:**     January 2, 2008
               Fresno, California
               MKD


**REVIEWED BY:**     /s/ *Bruce Vasquez*
                     **Bruce A. Vasquez**
                     **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   January 4, 2008**                       /s/ **Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE